# Third District Court of Appeal

## State of Florida

Opinion filed June 21, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1063
Lower Tribunal No. 22-9258 CC
_____

**Kawa Foad,**
Appellant,

vs.

**Panorama Tower Management LLC, etc.,**
Appellee.

An Appeal from a non-final order from the County Court for Miami-Dade County, Maria D. Ortiz, Judge.

Kawa Foad, in proper person.

Cuevas, Garcia & Torres, P.A., Andrew Cuevas and Victoria Ramirez, for appellee.

Before EMAS, HENDON and GORDO, JJ.

PER CURIAM.

Affirmed.  See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979).